UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Juergen Lohrke**, | ) | |
| | ) | Case No. 1:09-cv-158 |
| Plaintiff, | ) | |
| | ) | Hon. Robert Holmes Bell |
| v. | ) | |
| | ) | |
| **Creditors Financial Group LLC**, a | ) | |
| New York limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this Notice of Dismissal, with Defendant having served neither an answer nor a motion for summary judgment.

This action is dismissed with prejudice.

Dated: March 24, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com